No. State 110. STENSLIEN, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 214 N. W. 2d 318.)

The cause was submitted for the plaintiff in error on the briefs of *Patrick R. Doyle* and *Doyle, Woodmansee & Asfoor,* all of La Crosse, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

Judgment and order affirmed.